# Court of Appeals
# of the State of Georgia

ATLANTA,  February 02, 2018

*The Court of Appeals hereby passes the following order:*

## A18D0279. RUSSELL CARBONARA v. FORTRESS GROUP, INC.

Russell Carbonara has filed a timely application for discretionary review from the trial court's December 13, 2017 order finding him in civil contempt for failing to respond to post-judgment discovery and awarding attorney fees to Fortress Group, Inc. under OCGA § 9-15-14. A discretionary application, however, was not necessary here.

Judgments of contempt are directly appealable. OCGA § 5-6-34 (a) (2); *In re Booker*, 186 Ga. App. 614, 614 (367 SE2d 850) (1988). We will grant an otherwise timely discretionary application if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). Additionally, although an order awarding OCGA § 9-15-14 fees requires a discretionary application, here the attorney fees award is being appealed along with a directly appealable ruling. Thus, no application is required. See *Stancil v. Gwinnett County*, 259 Ga. 507, 508 (384 SE2d 666) (1989); see also *Haggard v. Bd. of Regents*, 257 Ga. 524, 526 (4) (a) (360 SE2d 566) (1987).

Accordingly, this application is hereby GRANTED. Carbonara shall have ten days from the date of this order to file a notice of appeal with the trial court. If, as Carbonara states in his application, he has already filed a notice of appeal from the order at issue, he need not file a second notice. The clerk of the trial court is

DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,   02/02/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*